

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-24-00003-CV

---

Tamara Angela Griffin, Appellant

v.

James Henry Thomas, Sr., Appellee

---

On Appeal from the 383rd District Court
El Paso County, Texas
Trial Court No. 2020DCM1006

---

### JUDGMENT

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. It appearing to this Court that

Appellant is indigent for purpose of appeal, this Court makes no further order with respect to costs.

This decision shall be certified below for observance.

IT IS SO ORDERED this 14th day of November 2025.

GINA M. PALAFOX, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.